ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 26 2011

CLERK, U.S. DISTRICT COURT
By _____ Deputy          11:00A

_Katrina Lenetta M℠Intosh_
**Plaintiff**

v.

_Bank of America_
**Defendant**

Civil Action No.

**3:11CV2511-P**

## COMPLAINT

I Katina L. M℠Intosh suffered from
mental and emotional stressed caused
by the Vice President of Bank of
America. I was subjected to sexual
harrassment and retaliation for avoiding
the Vice President MR. Artis White. I was
denied my bonuses and pay raise
✳ See attachments

| | |
|---|---|
| Date | 9-26-2011 |
| Signature | _(signature)_ |
| Print Name | Katrina Lenetta M℠Intosh |
| Address | 9200 Buena Vista #2413 |
| City, State, Zip | Benbrook, TX 76126 |
| Telephone | (817) 378-7251 |

I Katrina McIntosh suffer from Mental and emotional stress caused by the Vice President of the company in which I'm employed at Bank of America. I was subjected to sexual harrassment and retaliation for avoiding the Vice President Artis White. I was denied bonuses and a pay raise. I brought the matter to Human Resource advising counselor attention in Feb of 2011, I called the 1-800-number thinking that they would see that is matter was handled correctly only to feel less like a person because my cries were unanswered, months later after still not given a response i filed with the office of EEOC in May of 2011. After i filed Bank of America wanted to investigate the matter. Mrs. Andrews of advising counselor wanted to interview me and so i gave a interview over the phone. in June of 2011. I explained to her that since then i had a stroke and that i would recall to the best of my ability but i also stated that the entire complaint was recorded when I called advising counselor for Bank of America months ago. So they had

(A)

the concerns to review just in case
they were unclear of anything but that i
would still give my accounts again.
I told her that out of fear knowing
that Mr. White worked closley with the
managers there i felt like i had no one
to turn to. These same managers
witnessed Mr. White stopping at my desk and
rubbing or patting my shoulder frequently
on a daily base. I explained that i
felt as if they were more less the
people who basically stood in line
outside the bathroom door with there
hands up waiting to be called on to wipe
his behind. He took them out to lunch
and also brought food for them so I
couldn't speak out to them when they
were witness to the fact. All i
experience when i go to work now is
this person whom I filed against coming
to my area with jive talk and a smirk
as he speaks to and make comments
to the employees who helped him lie
about his wrong doings by coaching
them thru texting and phone conversations
before they were to have a conference Ⓑ

Call with 4:11-cv-00715-A Document 2 set. He then gave them gift cards and raised the seniority for at least one of the co-workers. The same one who mentioned to me that Artis was her boy and that he wasn't going anywhere. Mr. White stated that he was the head nigga in charge and now I feel like he was right. I'm even more embarrassed now because I'm now in a battle with Bank of America and i don't feel comfortable because just knowing what the bank is allowing him to do hurts even more. Mrs. Andrews from advising counsel stated that Artis denied giving me his phone number and that im lying when she called me after i filed with EEOC but when I gave her the number to his cellphone she had nothing to say. He told her that he never gave me his personal cell phone number. Again I have seen many cover ups within this company with the handling of home owners mortgage accounts by employees and management through all of the levels. I see that they dont care. Bank of America

dont care about how they conduct business. They call themselves the Super untouchable bank. Many managers there would say that they didn't care about the correcting of many issues with the homeowners loans when it was the fault of Bank of America. There were many sayings at the job. I recall them sending out foreclosure letters to homeowners who were up to date on there loans. One homeowner called and asked for a copy of his loan history. He was told to give his contact number and a manager would call him back. Although his information was there. The rep was told that it needed to be reviewed by upper management because they didn't want a lawsuit. Many of times the reps and managers would talk to the homeowners as if they were nothing by raising there voice at them of flat out being rude to simple questions about why Bank of America had jacked up there payment without notice

(D)

or over charged or simply lost there payment or monthly payments. This is the bank of America way and they would laugh about the account and say things such as oh well. I feel like many of the homeowner lost without direction because the strenght of the company in which i work for. I explained to Mrs. Andrews that they have cameras that caught some of this on tape. The local business have cameras and im sure someone has on tape our vehicles passing. She make me feel like crap especially after she made the statement that he never gave me his number and i was lying. I feel like i have to over prove. There are texts and phone calls so how can she not review the messages through email at the company asking to be relocated on the computer i use. I was told that i would be contacted as many of the homeowners when there are vauld issues at stake to only end up on the waiting list for months. We were always told that bank of America cared about the numbers only.

(E)

As long as there's getting their monies
meaning monies then that didn't care about
the other issues. I worked hard for this
company, working overtime many of months.
They could always depend on me and
I had no issues until Artis came alone
and its not right, was i to continue
keeping my mouth closed out of fear
because i spoke up now im the
bad girl. It's not right. The bonuses
given were for $160.00 and the other
one was for $500.00. The pay raise
varied from .05 cent to .10 cent. I worked
my butt off for them doing my job and
kept my attendance and performance above
average. and average when new guidlines
were implemented in procedures once i fully
understood them. Artis White meant what he
said when he stated that he was the
head nigga in charge. He does what he
want to. He has called three women who is
employed under him nappy headed ghetto chicks
out loud and again. No one said nothing. Now i
see that reporting wrongdoings will get no where.
There were managers standing in the room
when he said that. He can do no
wrong because his site is pushing good sales.   (F)

I'm going to try and recall what happened to my best ability. My reason for stating this is because in April of 2011 I had a stroke and at least three seizures. I was in the intensive care unit for about a week. It's hard to remember a lot of the past but I will try to the best of my ability. Beginning in July on my return to work at Bank of America I tried to make it a habit to write down activities in order to help me remember. I would like to begin with some of my back ground. I am a mother of four. My mother was a single parent who worked at times two jobs in order to support the four of my siblings. My mother was with my father for more than 7 years. I recall when he would get home from work at night my mother use to always make sure that I was near her. She would do this because many of nights he would come home drunk and if that was the case or if he was mad at anyone outside of our household he would take it out on my mother and sometimes I would become the center of his target. My mother would try her best to fight back and we would cry because we knew he was beating her. When he would belt me sometimes I would not cry because at least I knew my mother was not going to get it or if he did turn to her that he would be so tired from belting me that he wouldn't hurt her for long. One day when we came home from school he was gone. His clothes were gone and we never questioned because at last we could be happy. I was in a very abusive mentally and physically relationship and I was just getting out of it when I was hired on permanent with Bank of America. I felt a sense of freedom and pride not only for myself but for my children to.

In the early part of February I called advising counsel to report inappropriate conduct from the Vice President of the site in which I work at.
April of 2010 I believe is when I sent a email to Artist welcoming him to our site also because I thought that he looked familiar. He was walking with a couple other people who work for Bank of America in our area. I recall him speaking to me many of times and I spoke back. I did not know what he was to the company but I sent him the email after seeing him there for a while. This wasn't something out of the norm for me because anytime there were visitors or new people who came to our site I would send emails welcoming them. He responded and told me to come to his office which to me seemed harmless because i thought that i might have known him. I asked him where was his office and he replied with directions. I went to see him on my one of my breaks. He introduced his self as Artis White. I in return called him Mr. White and introduced myself. We had small talk then he asked about my family i replied that i have three children. He asked their ages and i told him. He then asked if i was in a relationship i told him no that i was in a not so good marriage and i was divorcing. That's when he said that he knew that awhile back the investigators had come up to the job and that he was glad that I'm safe from that relationship. I was taken aback by what he had said but i felt that he must of cared to have found that out. He told me that he was the vice president there and that i was safe with the company. He gave me his cell phone number he said just in case i might need him or just need someone to talk to i could call him. I felt like he cared about my well-being because he wanted to be a shoulder that i could lean on if needed. I told him that i would go back to work because i didn't want to get into trouble by being late and his reply was for me not to worry about that because he was the HNIC. I asked what that meant and he replied the head nigga in charge. I laughed and got up shook his hand and left his office to go back to work. After that meeting Artis began to stop by my desk to speak to me every day at times more than once a day. I didn't think much of it. I'm not sure how long after the meeting in his office but I recall one morning as i was coming to work Artis was in the hall of the building as i passed him he asked me to come here. He said that he wanted me to call him and send him text because he wanted to see if he could trust me. I said

Page 1

to him what do you mean and i recall him saying something about he just wanted me to start texting and calling because he's a private man and something to do with trust. I don't recall the entire conversation but i felt like this man cared about my well-being. Several days had passed and he continued to come to my desk with small talk. One time he saw me by the cafeteria and asked me why hadn't i called or texted. I told him that i would call him that day. I called but he didn't pick up. Then i saw him again and asked why didn't he pick up and he said that he wanted to see if he could trust me. Then he said for me to text him so i texted him. He wouldn't text back it's like he would wait until he saw me to have small conversation. One day he saw me and asked me to text him sexy stuff. He said that i was his only friend there that he could trust. I don't know why but i felt like he really cared for my well-being because he knew that i had recently gotten out of a bad relationship and i was trying to repair my mind and move forward in life. I started texting him as he asked. He continued with his everyday visiting my desk and small talk. A lot of times when he would come to my desk he would be with other managers and they would stop near other offices and wait for him to finish talking to me. We began to get special projects and he gave us training for other titles which allowed us to be off the phones at times. Then we were promoted to payment research which allowed us to be off the phones period unless the call center was really busy. One time before we were given the training and promotion for payment research this is what i am now. This was after the special projects we were given was near completion. Artis came to my desk and asked me what time was i getting off. I told him 6 or 7 I'm not sure which time i stated but it was late i recall. He was coming in and out of my area. During this time i still think that i was working 12 hour shifts. He waited near the door in the hallway. When i got off he said that he needed to show me something. He told me to hold on while for a minute. I recall telling him that i had to go to the restroom. He said for me to wait once complete. He was on his walkie talkie and he told me to come upstairs with him. I didn't think anything of this because I felt like he was a friend. He took me to this room that and told me to come by the table. He was talking about the job and something else but i don't recall what it was. That's when he stood in front of me and unzipped his pants and pushed my head down to his penis. I wasn't expecting that because he wasn't talking about sex. He said that he wanted to show me something not have sex. I did oral on him then i stood up and left the building and went home. I think maybe a day or two had passed but i was trying to avoid him so when he came to my desk i would get up and leave or just speak and finish working. Soon after he asked me to continue with the texting and calling. I told him that i just really wanted to relocate to another location. He called my cell phone one morning around 6:30 am. He wanted to know if i was coming to work because he was sitting in the park in lot and he thought about me and wanted to talk. I told him that i would be to work but i wasn't leaving yet. He apologized and we had small talk. When i got to work he still did the same stuff by coming to my desk. The other managers were so buddy buddy with him. It was like if he went to take a bathroom break they would most likely stand outside with toilet paper asking who should wipe first. These were the same people he went to lunch with so i knew that it or at least felt that it would be a waste mentioning anything to them. He again wanted to apologize and give me something but this time he wanted me to follow him. He called my cell phone and for some reason i either got off early or my shift had changed because it was still light outside. He told me that he needed to review something with me. As i was leaving he was in the hall and he left behind me. He told me to pull into the parking lot of this company near the job and wait for him because he was supposed to be in the gym working out and he said that he was still on the clock and he didn't want them looking for him. I did as he instructed. I think he texted me and wanted to know if i did as he stated by waiting for him. I

page 2

recall him passing my vehicle and he called my phone and told me to follow him. He went to a hotel not far from the job and he told me to come in after him because he had something for me. I went into his room and he was talking about the incident at the job. I recall him saying i could lose my job but he is the one who has to sign off on my papers if they let me go. I was confused and didn't understand. He asked me if i smoked weed and i told him no. Then he asked if i did any type of drugs and i told him no. Then he said that he could have me randomly tested. I told him that i was clean and that i didn't do drugs. That's when he said something like he needs to feel what my pussy felt like. I told him that i didn't want to and that is when he pulled me to him and said that my job depended on this and he pulled up my dress and penetrated me. I felt like a piece of meat being eaten by a wild animal. I knew that i had to leave that site. After he was done he said he was sorry and i ask if i could leave and he said yes. I left and went home. When i returned back to work i sent him a email asking if he could transfer me to Amon Carter. He came to my desk and told me to never send anything via email because it could be tracked. I asked a coworker about how to apply internal for jobs at that site and she told me and i applied but didn't get a job there. He continued to come to my desk and rub my shoulder as he would speak to me. I tried to just avoid him as much as possible. I had gotten to where i stopped speaking to him because now i felt that he wasn't a friend. I was out performing my coworkers who was on my team by having high numbers in the area in which we worked. In December or January they gave bonuses and pay raises. The bonus depended on your performance. Artis White came to my desk now by this time we had moved to bigger desk. He said so i hear that ya'll are getting bonuses on your next check. I didn't say anything to him but Audra Brown responded to him. He went to her desk and began talking to her. To sum it up the next day he came back by my desk smiling and he said so did ya'll get your bonuses now everyone said yes but he was looking at me. I still didn't say anything. I didn't get my bonus so i emailed my manager who just got a promotion but he never emailed me back so cc that email to my new manager who didn't answer. Then i cc Kathleen Andrews and Artis White. Artis came to my desk later that day with a smile and asked if that was taken care of. I told him not yet then said that i was going to wait to hear from my manager. About a week later my manager said that he would look into it but after asking several times about the bonus he didn't get back with me. The other reps said the bonus was for how we performed on the projects that we did. Still i was always top with my numbers. I was the only one who didn't get that bonus. A couple weeks passed then Artis White came to my desk with smile and said that he was moving us. He said that he had a room built especially for us and that he spent over 150k on it. Well this room is what we refer to as the closet. It is like a closet. My coworkers kept asking why are we being punished and what was it that we had done to have to go in there. After we moved our things in there Artis would come in there and say Ms. McIntosh so how do you like your new space and my reply was i have a job so i'm ok. Then he would smile and walk out. Everyone would come by and look in and laugh as if we were a exhibit. I recall when it was time for pay raise i was the only one that didn't get anything. My manager said that my review had to be re done because it showed that i was eligible but there was a mistake and that is why it took so long for him to meet with me. I knew then that I wasn't getting the raise or the other bonus. After questioning him he said that my email offer was low and i explained to him that we were doing special projects at that time. Again Artis White came into the closet stood by me and rubbed my shoulder with a smirk on his face and said you look mad. I told him i was ok then he left. I contacted Advising counsel Feb the 8th or the 12th to report what happened. I called the 1-800 numbers and reported it then i got a email from a Ms. Andrews who wanted me to come to Plano to meet with her. I explained to her what happened

page 3

and she said for me to take off from work and that she was only 20 minutes away from the beach location. I asked her if i was going to get my pay for that day and she said that i needed to use my flma and come out there. I went on and headed out there. I got lost several times and i called her and she kept telling me to keep going after i would tell her where i was. I left the job at 12 and it was close to 4:00 pm. I continued to call her and finally i told her that i would have to meet her at the Amon Carter location because i was low on gas and i was unable to find her. She said that she would meet me at the beach location and i told her that i didn't feel comfortable meeting there because they would know that i was talking to her. I told her that i feared that they would find out. She said that she would make sure no one knew and that she would take me to a private area. I again explained that i would feel better if we met at amon carter or at a location near. She was to call me back but never did. I called her for days and kept getting her voice mail. I couldn't take it no more i was stressed and i got sick at the job. I was crying and had to leave because i felt like i was going to fall out. Advising counsel didn't seem to care so now i really felt alone. I left i believe on Feb the 24th and took leave and returned July the 13th. I had a stroke in March and three seizures. I was in the intensive care unit for over a week. It really takes a lot for me to remember all that has happened but i'm doing my best. I called advising counsel Monday and left a message for Ms. Andrews to call me i was told that she would call that day. I did not receive a call so i called back Thursday i was told that she would call me at 11:00. She called me and she stated that her reason for not contacting me was due to me being off. I asked why didn't she call or email me to inform me of that not just ignore the situation. She did not have a valued response. I told her that she could interview now and she asked question in which i responded to my best ability. During the interview she stated that Artis said that he never gave me his number or had any contact with me. I told her that was not true. Then she asked me what his cell phone number was. I asked her to hold on and a gave it to her. I was told that she would call me no later than the following Wednesday due to it being a holiday. I did not hear from her so i called her. I was told by her that she would have me relocated amon carter until this investigation was complete. I called her through the 1-800 numbers but she would not take the call. I was told that she was busy on the phones and that i will hear from them soon. I have yet to hear from her. In May i filed with the EEOC after trying to contact Advising counsel with Bank of America several times. I recall when i went to interview with the investigator name Ms. Justice she read the initial statement form that you fill out and she asked me if Artis was black. She mentioned that i quoted him as saying that he was the HNIC. Which i also stated that meant the head nigga in charge. It appeared to me after that she seemed upset at me. She was rushing me through kinda slamming the papers that she prepared herself on the table for me to sign. I felt like i was again being punished for reporting. I felt very small. I signed the papers and hurried up out of her office. I returned to work on the 13th of July. Artis came to the closet were i was and one of my coworkers sent a instant message on communicator stating that Artis hadn't been over ther since i been gone. She also confirmed with another coworker via communicator and asked me if i thought he was stalking me. Audra brown, misty mcbrown , Tiffany Childress and Angela Kennedy 2. Were told that they had a meeting with advising counsel on the 19th, 21st or the 22nd of july . We were still in the room labeled the closet but we were moving out on the 22nd of july. bac had a year-end celebration i believe on the 22nd. Vincent who is the coordinator for bac was also close to Audra Brown and Misty McBrown. He kept coming into the closet looking at me and he would talk out loud at times and also whisper to misty and audra. Vincent was also very close to Artis White. I recall when i returned from maternity leave i asked if i could sit with Tiffany Childress to get a refresher course on the applications that we use on the computer in

page 4

order to perform my job due to all of the new updates plus i didnt have access to my programs or computer. Audra and Misty would say out loud when no one was in the room but me that i bet you Tiffany Childress is running her mouth. I didnt respond because by then i figured they were talking about the investigation with advising counsel. I noticed Vicent Tucker would come into the closet and would stand by Audra Brown now mind you Misty McBrown sat right beside Audra Brown. Tiffany Childress sat two seats behind Misty McBrown and the room was very small. The chair that i seat in i would angle it so i could see who was coming in. I didnt want any contact with Artis White. Vincent Tucker would come in and Audra told him yea Artis White texted my phone about this investigation i told pimping got him. Artis White that's my boy after she said that Vincent Tucker said girl you silly then they started whispering more but she made sure that i heard her say that. Vincent Tucker was about to leave and Audra Brown told him that she was going to text him and let him know what Misty was to say about the meeting. That was disturbing but i knew that at this point i had no one else to turn to in reference to help. I felt like i was in a battle all by myself because i reported Artis White. I felt even more uncomfortable at work. Artis White told me that he was the head nigga in charge now i knew what he meant. He could do no wrong in the eyes of upper management. This reminded me of how on several occasion one of the managers would come into the closet and speak of how he was interested in eating female coworkers while other managers were in the same room. There saying at bank of America was that there isn't nothing that they can't do to homeowner's, if there were mistakes made on accounts then oh well. What are the homeowner's going to do when they run them. I guess that statement holds truth to the employees to. I knew that there was no need to say anything because again the banking managers would give gift cards and promotions to any and all who would spoke for them regardless of their low attendance or performance with the company. Later in that week i believe the 21st or the 22nd Tiffany Childress and i instead of going to the year-end celebration we went to a nearby restaurant. I didn't want to go because by now the word was out that there was a investigation and from the remarks that audra made i knew they were aware that it was about me. We were inside the building and audra kept asking me where was i going and i replied I'm not sure but i wasn't staying there for the celebration thing. Myself and Tiffany Childress left. The break was for a hour which as all of the lunch breaks were. Audra Brown called Tiffany Childress on her cell phone and asked which restaurant were we at. audra and misty came to the restaurant and ordered food had small conversation but mainly stayed on their cell phones texting someone. We completed our meals and left. When we got back into the closet i asked tiffany when did Artis get a office on the same side as us she replied not to long ago but he's rarely in there. That Monday which was the 25th of July Audra Brown and Misty McBrown was given awards one for recognition and one for top performance by Artis. They also received silver award points which points are given that allows you to purchase products from bank of America web site. They were the only two in the room given that. audra made a statement yea Artis that's my boy. It was hard to understand how Audra Brown got a reward when her attendance is poor and she was also on a written final due to coming to working late or not showing up at all. They had their meetings i believe audra and misty had there's on the 21st of july so they went first. I recall audra coaching misty by telling her that she was not to say nothing bad about the job. Then she looked at me and audra told misty to come here out of the room about 15 minutes passed and the two came back. Misty kept texting then she asked audra if Artis White knew and she said let me text you.  August the 16th Artis came in our area now mind you were now out of the closet in our old desk that we had when we first moved to that location. Artis White came to our area and said what's up guys.

Page 5

Audra Brown stood up and said what's up big Artis she said that's my boy. He said audra your something else then he went to his new office for about 5 minutes came out and left the area. The 23rd of august audra received a promotion which was a band change so instead of being a customer service/ payment research one now she was a two. That gives her more authority and bonus and pays increase over customer service specialist one. Mind you she is hardly at work on time and she has missed a lot. She's on a written for attendance. She came to my desk and said to me that Artis aint going nowhere. I looked at her and said why are you telling me this and she said I'm just saying. I feel like bank of America is covering up for Artis because they are aware of his sexual and retaliation tactics. I feel like there rewarding employees who Artis coached with perks and i feel like they want me to quite. I took bonding time because the job is even more stressful than ever due to what has been going on as described. I also recall a manager name Crystal asked me in the early part of August as i was working the snack shack because i still didnt have access. You still here and i said yes I'm here. Then she replied i thought you would be gone and i asked why and she said oh nothing. I'm the talk of the place due to reporting the vice president and this is why i hesitated to report because of this. Advising counsel from bank of America still has yet to contact me in reference to their investigation. I'm in trouble for having the courage to complain about having to perform oral sex on the vice president and being sent to the closet because i asked to be relocated to a different site and i avoided him at any chance possible. This isn't right. I suffered an abrasive relationship for years, finally was able to get out of that. I came to work and did my job well now look at what happened because i thought that i did the right thing by reporting. I believe that i was not given the two bonuses or raise because i stopped talking to Artis so i wouldn't be put in a situation for him to be sexual with me and i feel that the closet was another form of retaliation for ignoring him as best as i could and avoiding him. Audra Brown, Misty McBrown , Vincent Tucker and Bank of America and several others have helped hide Artis White's wrong doing. He said that he was the head nigga in charge. I see he was right.

page 6

Bank of America has updated there links for reporting to advising counsel. They now have it to where you can report through a link on line; when you use to only be able to report through the 1-800 number. I feel like i am being singled out because i was brave finally to tell what was happening but im a failer because now im the smerk of the company. I feel humilitated and hurt. I only spoke out so this would stop. I now look at people diffrent, beause no one cares. My health has suffered because im stressing due to not being able to work and support my kids without the exposure to more backlash for speaking up. I feared in the back of my mind that this was going to be a battle after reporting this to advising counselor to no response through the 1-800 number. Bank of America uses it's power to cover up many of wrong doing. I end a battle involving a abusive relationship only to have to battle with my job in which i use to love to walk through the doors to everyday only beause I reported the vice president out of fear. They don't care.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Katrina L. McIntosh<br>9200 Buena Vis<br>Apt # 2913<br>Benbrook, TX 76126 | From: Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2011-03112 | Michael C. Fetzer,<br>District Director | (214) 253-2852 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Melanie Bruen*

JUL 2 6 2011

Michael C. Fetzer,
Director

(Date Mailed)

Enclosures(s)

cc: Karen Bahr
Advice & Counsel Agency Charge
BANK OF AMERICA
900 W Trait Street, Second Floor
NC1-026-02-50
Charlotte, NC 28255

JS 44 (TXND Rev. 2/10)

ORIGINAL CIVIL COVER SHEET   4 1 1 C V 2 5 1 1 - P

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Katrina Lanetta McIntosh

**DEFENDANTS**
Bank of America
Tarrant
Tarrant

(b) County of Residence of First Listed Plaintiff  Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Katrina Lanetta McIntosh
9200 Buena Vista #2913
Benbrook, Tx

SEP 26 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Attorneys (If Known)
Bank of America
5401 N. Beach Street
Ft. Worth, TX 76137

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                        and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: I'm suing my employer for violating my civil rights for not giving me my bonuses/after I ignored sexual advances from the

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 760.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No    vice president.

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE  9-24-2011

SIGNATURE OF ATTORNEY OF RECORD
McIc

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____